# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
FRED L JONES § Case No. 14-19593
SUSAN J JONES §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/27/2014 . The undersigned trustee was appointed on 05/27/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 105,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 38,310.43 |
| Bank service fees | 260.19 |
| Other payments to creditors | 9,544.52 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 41,884.86 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/08/2014 and the deadline for filing governmental claims was 11/24/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,856.85 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,856.85 , for a total compensation of $ 6,856.85 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 19.60 , for total expenses of $ 19.60 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/31/2016              By:/s/Peter N. Metrou, Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-19593 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | FRED L JONES | | | | Date Filed (f) or Converted (c): | 05/27/2014 (f) |
| | SUSAN J JONES | | | | 341(a) Meeting Date: | 07/07/2014 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | 10/08/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 1318 Devonshire Dr, Joliet IL 60435 | 130,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account - Harris | 150.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous household goods, furniture & furnish | 1,100.00 | 0.00 | | 0.00 | FA |
| 4. Wearing apparel | 60.00 | 0.00 | | 0.00 | FA |
| 5. IMRF | Unknown | 0.00 | | 0.00 | FA |
| 6. Post Office pension | Unknown | 0.00 | | 0.00 | FA |
| 7. 2007 Dodge | 7,000.00 | 0.00 | | 0.00 | FA |
| 8. Personal Injury Case                    (u) | Unknown | 0.00 | | 105,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $138,310.00 | $0.00 | | $105,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Special Counsel employed - PI case settled- claims review in process.

Initial Projected Date of Final Report (TFR): 07/01/2015          Current Projected Date of Final Report (TFR): 03/31/2016

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |   | |
|---|---|---|---|
| Case No: | 14-19593 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | FRED L JONES | Bank Name: | Associated Bank |
| | SUSAN J JONES | Account Number/CD#: | XXXXXX5439 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9445 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/15 | 8 | STATE FARM FIRE AND CASUALTY CO. | Settlement proceeds on PI Case | 1242-000 | $105,000.00 | | $105,000.00 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $104,990.00 |
| 12/14/15 | 5001 | FRED & SUSAN JONES 1318 Devonshire DriveJoliet, IL 60435 | Debtor's PI Exemption | 8100-002 | | $15,000.00 | $89,990.00 |
| 12/14/15 | 5002 | OFFICES, ZAYED LAW 54 N. Ottawa St., Ste 360Joliet, IL 60432 | Sepcial Counsel Fees & Costs Case No. 14-19593 Special counsel fees and costs per settlement court order | | | $38,287.22 | $51,702.78 |
| | | OFFICES, ZAYED LAW | Sepcial Counsel Fees & Costs          ($35,000.00) | 3210-600 | | | |
| | | OFFICES, ZAYED LAW | Sepcial Counsel Fees & Costs          ($3,287.22) | 3220-000 | | | |
| 12/14/15 | 5003 | BLUE CROOSBLUE SHIELD OF ILLINOIS 25552 Network PlaceChicago, IL 60673-1255 | Medical Lien Payment Susan Jones Medical Lien Payment per court order | 4210-000 | | $5,900.00 | $45,802.78 |
| 12/14/15 | 5004 | OASIS LEGAL FINANCE, LLC 9525 W. Bryn Mawr Ave, Ste 900Rosemont, IL 60018 | Oasis Case ID P-IL-569416 Lien Susan Jones PI Lien payment on PI per court order.. | 4210-000 | | $2,302.01 | $43,500.77 |
| 12/14/15 | 5005 | THERAPY, ATI PHYSICAL 790 Remington BlvdBolingbrook, IL 60440 | ATI Account 675951 Medical Lien Susan Jones Medical Lien payment per court order. | 4210-000 | | $700.00 | $42,800.77 |
| 12/14/15 | 5006 | UNITED STATE DEPARTMENT OF LABOR, O Office of the Solicitor200 Consitution Ave, NWS4325Washington, DC 20210 | US Dept file no. 102117097 Medical Lien Susan Jones Medical lien payment per court order. | 4210-000 | | $642.51 | $42,158.26 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $128.02 | $42,030.24 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $63.47 | $41,966.77 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $58.70 | $41,908.07 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                         Page Subtotals:                              $105,000.00          $63,091.93

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 14-19593 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: FRED L JONES | Bank Name: | Associated Bank |
| SUSAN J JONES | Account Number/CD#: | XXXXXX5439 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9445 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/17/16 | 5007 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $23.21 | $41,884.86 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $105,000.00 | $63,115.14 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $105,000.00 | $63,115.14 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $105,000.00 | $48,115.14 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5439 - Checking Account (Non-Interest Earn | $105,000.00 | $48,115.14 | $41,884.86 |
| | $105,000.00 | $48,115.14 | $41,884.86 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $105,000.00 |
| Total Gross Receipts: | $105,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-19593-BWB  
Debtor Name: FRED L JONES  
Claims Bar Date: 10/8/2014  

Date: March 31, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative | | $0.00 | $6,856.85 | $6,856.85 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative | | $0.00 | $19.60 | $19.60 |
| 1 300 7100 | ATLAS ACQUISITIONS LLC<br>(CREDIT ONE<br>Bank, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $349.00 | $424.87 | $424.87 |
| 2 300 7100 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $1,113.00 | $1,302.82 | $1,302.82 |
| 3 300 7100 | CASHCALL, INC.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVE., STE. 400<br>SEATTLE, WA 98121 | Unsecured | | $2,500.00 | $2,600.00 | $2,600.00 |
| 4 300 7100 | CAPITAL ONE BANK (USA),<br>N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | (4-1) Modified to correct creditors name on 8/5/14 (ar) | $5,126.00 | $5,111.61 | $5,111.61 |
| 5 300 7100 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $150.00 | $207.78 | $207.78 |
| 6 300 7100 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $1,769.80 | $1,769.80 |
| 7 300 7100 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $150.00 | $150.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-19593-BWB  
Debtor Name: FRED L JONES  
Claims Bar Date: 10/8/2014  
Date: March 31, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>300<br>7100 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | | $1,637.00 | $1,258.79 | $1,258.79 |
| 9<br>300<br>7100 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | (9-1) JCPENNEY CREDIT SERVICES | $254.00 | $431.76 | $431.76 |
| 10<br>300<br>7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>successor to CAPITAL ONE BANK (USA), N.A<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $3,127.00 | $3,859.49 | $3,859.49 |
| BOND<br>999<br>2300 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Administrative | Extended Check Description Notes from conversion:<br>Bond Number 10BSBGR6291 | $0.00 | $23.21 | $23.21 |
| | Case Totals | | | $14,256.00 | $24,016.58 | $24,016.58 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-19593
Case Name: FRED L JONES
　　　　　 SUSAN J JONES
Trustee Name: Peter N. Metrou, Trustee

| Balance on hand | $ | 41,884.86 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 6,856.85 | $ 0.00 | $ 6,856.85 |
| Trustee Expenses: Peter N. Metrou | $ 19.60 | $ 0.00 | $ 19.60 |
| Other: ARTHUR B. LEVINE COMPANY | $ 23.21 | $ 23.21 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 6,876.45 |
| Remaining Balance | $ 35,008.41 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,116.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ATLAS ACQUISITIONS LLC (CREDIT ONE | $ 424.87 | $ 0.00 | $ 424.87 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,302.82 | $ 0.00 | $ 1,302.82 |
| 3 | CASHCALL, INC. | $ 2,600.00 | $ 0.00 | $ 2,600.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | $ 5,111.61 | $ 0.00 | $ 5,111.61 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 207.78 | $ 0.00 | $ 207.78 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,769.80 | $ 0.00 | $ 1,769.80 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 150.00 | $ 0.00 | $ 150.00 |
| 8 | MERRICK BANK | $ 1,258.79 | $ 0.00 | $ 1,258.79 |
| 9 | CAPITAL RECOVERY V, LLC | $ 431.76 | $ 0.00 | $ 431.76 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 3,859.49 | $ 0.00 | $ 3,859.49 |
| | Total to be paid to timely general unsecured creditors | | $ | 17,116.92 |

    Remaining Balance        $_____17,891.49_

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 28.51 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 17,862.98 .