# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 14-19593 |
| ) | CHAPTER 7 |
| FRED L. JONES and ) | |
| SUSAN J. JONES, ) | |
| Debtor(s). ) | JUDGE BRUCE W. BLACK |
| ) | (Joliet) |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

To:     **By ECF:**

Patrick S. Layng, U.S. Trustee, 219 S. Dearborn, Rm. 873 Chicago, IL 60604

Stephen J West, 628 Columbus Dr. Rm 102, Ottawa, IL 61350

**By U.S. Mail:**

**See Attached Service List**

      I, the undersigned attorney, certify that I served a copy of Notice of Trustee's Application for Compensation and Expenses upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 2nd day of May, 2016, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                 */s/ Peter N. Metrou*
                                                 **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
Phone: (630) 551-7171

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK  73126-8941

American InfoSource LP as agent for
Presence Health
PO Box 248838
Oklahoma City, OK  73124-8838

Associated Anesthesiologists
of Joliet
P.O. Box 936
Bedford Park, IL 60499-0936

Athletic & Therapeutic Inst
P.O. Box 371863
Pittsburgh, PA 15250-7863

Atlas Acquisitions LLC  (Credit One Bank, N.
294 Union St.
Hackensack, NJ 07601-4303

Bank of America
PO Box 650070
Dallas, TX 75265-0070

Capital One Bank
PO Box 6492
Carol Stream, IL 60197-6492

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Card Services
Payment Center
PO Box 71105
Charlotte, NC 28272-1105

CASHCALL, INC.
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVE., STE. 400
SEATTLE, WA 98121-3132

Check-N-Go
4540 Cooper d.
Blue Ash, OH 45242

City of Joliet
P.O. Box 5001
Joliet, IL 60434-5001

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Direct Merchants Bank
Payment Center
P.O. Box 71105
Charlotte, NC 28272-1105

Figi's
Collection Department
Marshfield, WI 54404-0001

Fingerhut
P.O. Box 166
Newark, NJ 07101-0166

Fred L Jones
1318 Devonshire Dr
Joliet, IL 60435-3315

GECRB/JC Penney
P. O. Box 960090
Orlando, FL 32896-0090

GREEN TREE SERVICING, LLC.
PO BOX 0049
PALATINE, IL 60055-0049

Hinsdale Orthopaedics
P.O. Box 914
La Grange, IL 60525-0914

LVNV Funding LLC/Credit One Bank
% Baker & Miller, PC, Attys
29 N Wacker Dr; Suite 500
Chicago, IL 60606-3227

Meridian Medical Associates
2100 Glenwood Ave.
Joliet, IL 60435-5487

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
PO Box 5721
Hicksville, NY 11802

Nicor Gas
c/o NCO Financial Systems Inc
P O Box 15630  Dept 99
Wilmington, DE 19850-5630

Oasis
40 N. Skokie Blvd
Suite 500
Northbrook, IL 60062-1618

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Plain Green
P.O.Box 270
Box Elder, MT 59521-0270

Presence St. Joseph Medical Center
P.O. Box 88097
Chicago, IL 60680-1097

Santander Consumer
PO Box 105255
Atlanta, GA 30348-5255

Santander Consumer USA Inc.
8585 N Stemmons Fwy, Ste. 1100N
Dallas, TX 75247-3822

Seventh Ave.
1112 7th Ave.
Monroe, WI 53566-1364

Souma Diagnostics Ltd
P.O. Box 11690
Chicago, IL 60611-0690

Stephen J West
Law Offices Of Stephen J West
628 Columbus Dr Rm 102
Ottawa, IL 61350-2933

Stoneberry
PO Box 2820
Monroe, WI 53566-8020