UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FRED L JONES | § | Case No. 14-19593 |
| SUSAN J JONES | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 138,190.00                     Assets Exempt: 120.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 26,689.95      Claims Discharged
                                                 Without Payment: 196,717.00

Total Expenses of Administration: 45,447.07

---

3) Total gross receipts of $ 105,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 32,862.98  (see **Exhibit 2**), yielded net receipts of $ 72,137.02  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 186,200.00 | $ 9,544.52 | $ 9,544.52 | $ 9,544.52 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 45,447.07 | 45,447.07 | 45,447.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,773.00 | 17,116.92 | 17,116.92 | 17,145.43 |
| **TOTAL DISBURSEMENTS** | $ 210,973.00 | $ 72,108.51 | $ 72,108.51 | $ 72,137.02 |

4) This case was originally filed under chapter 7 on 05/27/2014 . The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/28/2016            By:/s/Peter N. Metrou, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Case | 1242-000 | 105,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 105,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| FRED & SUSAN JONES | Exemptions | 8100-002 | 15,000.00 |
| FRED L JONES and SUSAN J JONES | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 17,862.98 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 32,862.98** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 650070 Dallas, TX 75265-0070 | | 174,400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer PO Box 105255 Atlanta, GA 30348-5255 | | 11,800.00 | NA | NA | 0.00 |
| | BLUE CROOSBLUE SHIELD OF ILLINOIS | 4210-000 | NA | 5,900.00 | 5,900.00 | 5,900.00 |
| | OASIS LEGAL FINANCE, LLC | 4210-000 | NA | 2,302.01 | 2,302.01 | 2,302.01 |
| | THERAPY, ATI PHYSICAL | 4210-000 | NA | 700.00 | 700.00 | 700.00 |
| | UNITED STATE DEPARTMENT OF LABOR, O | 4210-000 | NA | 642.51 | 642.51 | 642.51 |
| **TOTAL SECURED CLAIMS** | | | $ 186,200.00 | $ 9,544.52 | $ 9,544.52 | $ 9,544.52 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 6,856.85 | 6,856.85 | 6,856.85 |
| Peter N. Metrou | 2200-000 | NA | 19.60 | 19.60 | 19.60 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 23.21 | 23.21 | 23.21 |
| Associated Bank | 2600-000 | NA | 260.19 | 260.19 | 260.19 |
| OFFICES, ZAYED LAW | 3210-600 | NA | 35,000.00 | 35,000.00 | 35,000.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| OFFICES, ZAYED LAW | 3220-000 | NA | 3,287.22 | 3,287.22 | 3,287.22 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 45,447.07 | $ 45,447.07 | $ 45,447.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Anesthesiologists of Joliet P.O. Box 936 Bedford Park, IL 60499 | | 110.00 | NA | NA | 0.00 |
| | Athletic & Therapeutic Inst P.O. Box 371863 Pittsburgh, PA 15250 | | 350.00 | NA | NA | 0.00 |
| | Card Services Payment Center PO Box 71105 Charlotte, NC 28272-1105 | | 975.00 | NA | NA | 0.00 |
| | Check-N-Go 4540 Cooper d. Blue Ash, OH 45242 | | 1,000.00 | NA | NA | 0.00 |
| | City of Joliet P.O. Box 5001 Joliet, IL 60434 | | 455.00 | NA | NA | 0.00 |
| | ComEd P.O. Box 6111 Carol Stream, IL 60197 | | 122.00 | NA | NA | 0.00 |
| | Figi's Collection Department Marshfield, WI 54404 | | 103.00 | NA | NA | 0.00 |
| | Fingerhut P.O. Box 166 Newark, NJ 07101 | | 753.00 | NA | NA | 0.00 |
| | Hinsdale Orthopaedics P.O. Box 914 La Grange, IL 60525 | | 590.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LVNV Funding LLC/Credit One Bank % Baker & Miller, PC, Attys 29 N Wacker Dr; Suite 500 Chicago, IL 60606-2854 | | 1,235.00 | NA | NA | 0.00 |
| | Meridian Medical Associates 2100 Glenwood Ave. Joliet, IL 60435 | | 792.00 | NA | NA | 0.00 |
| | Nicor Gas c/o NCO Financial Systems Inc P O Box 15630 Dept 99 Wilmington, DE 19850 | | 145.00 | NA | NA | 0.00 |
| | Nicor P.O. Box 5407 Carol Stream, IL 60197 | | 1,093.00 | NA | NA | 0.00 |
| | Oasis 40 N. Skokie Blvd Suite 500 Northbrook, IL 60062 | | 1,000.00 | NA | NA | 0.00 |
| | Plain Green P.O.Box 270 Box Elder, MT 59521 | | 1,000.00 | NA | NA | 0.00 |
| | Seventh Ave. 1112 7th Ave. Monroe, WI 53566 | | 518.00 | NA | NA | 0.00 |
| | Souma Diagnostics Ltd P.O. Box 11690 Chicago, IL 60611 | | 86.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stoneberry PO Box 2820 Monroe, WI 53566-8020 | | 190.00 | NA | NA | 0.00 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,113.00 | 1,302.82 | 1,302.82 | 1,302.82 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 150.00 | 207.78 | 207.78 | 207.78 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 1,769.80 | 1,769.80 | 1,769.80 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 150.00 | 150.00 | 150.00 |
| 1 | ATLAS ACQUISITIONS LLC (CREDIT ONE | 7100-000 | 349.00 | 424.87 | 424.87 | 424.87 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 5,126.00 | 5,111.61 | 5,111.61 | 5,111.61 |
| 9 | CAPITAL RECOVERY V, LLC | 7100-000 | 254.00 | 431.76 | 431.76 | 431.76 |
| 3 | CASHCALL, INC. | 7100-000 | 2,500.00 | 2,600.00 | 2,600.00 | 2,600.00 |
| 8 | MERRICK BANK | 7100-000 | 1,637.00 | 1,258.79 | 1,258.79 | 1,258.79 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 3,127.00 | 3,859.49 | 3,859.49 | 3,859.49 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERICAN INFOSOURCE LP AS AGENT FOR | 7990-000 | NA | NA | NA | 5.72 |
| | ATLAS ACQUISITIONS LLC (CREDIT ONE | 7990-000 | NA | NA | NA | 0.71 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 8.51 |
| | CAPITAL RECOVERY V, LLC | 7990-000 | NA | NA | NA | 0.72 |
| | CASHCALL, INC. | 7990-000 | NA | NA | NA | 4.33 |
| | MERRICK BANK | 7990-000 | NA | NA | NA | 2.10 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7990-000 | NA | NA | NA | 6.42 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 24,773.00 | $ 17,116.92 | $ 17,116.92 | $ 17,145.43 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-19593 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | FRED L JONES | | | | Date Filed (f) or Converted (c): | 05/27/2014 (f) |
| | SUSAN J JONES | | | | 341(a) Meeting Date: | 07/07/2014 |
| For Period Ending: | 06/28/2016 | | | | Claims Bar Date: | 10/08/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 1318 Devonshire Dr, Joliet IL 60435 | 130,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account - Harris | 150.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous household goods, furniture & furnish | 1,100.00 | 0.00 | | 0.00 | FA |
| 4. Wearing apparel | 60.00 | 0.00 | | 0.00 | FA |
| 5. IMRF | Unknown | 0.00 | | 0.00 | FA |
| 6. Post Office pension | Unknown | 0.00 | | 0.00 | FA |
| 7. 2007 Dodge | 7,000.00 | 0.00 | | 0.00 | FA |
| 8. Personal Injury Case        (u) | Unknown | 0.00 | | 105,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $138,310.00 | $0.00 | | $105,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Special Counsel employed - PI case settled- claims review in process.

Initial Projected Date of Final Report (TFR): 07/01/2015      Current Projected Date of Final Report (TFR): 03/31/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-19593 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: FRED L JONES | Bank Name: Associated Bank |
| SUSAN J JONES | Account Number/CD#: XXXXXX5439 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9445 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 06/28/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/15 | 8 | STATE FARM FIRE AND CASUALTY CO. | Settlement proceeds on PI Case | 1242-000 | $105,000.00 | | $105,000.00 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $104,990.00 |
| 12/14/15 | 5001 | FRED & SUSAN JONES 1318 Devonshire DriveJoliet, IL 60435 | Debtor's PI Exemption | 8100-002 | | $15,000.00 | $89,990.00 |
| 12/14/15 | 5002 | OFFICES, ZAYED LAW 54 N. Ottawa St., Ste 360Joliet, IL 60432 | Sepcial Counsel Fees & Costs Case No. 14-19593 Special counsel fees and costs per settlement court order | | | $38,287.22 | $51,702.78 |
| | | OFFICES, ZAYED LAW | Sepcial Counsel Fees & Costs    ($35,000.00) | 3210-600 | | | |
| | | OFFICES, ZAYED LAW | Sepcial Counsel Fees & Costs    ($3,287.22) | 3220-000 | | | |
| 12/14/15 | 5003 | BLUE CROOSBLUE SHIELD OF ILLINOIS 25552 Network PlaceChicago, IL 60673-1255 | Medical Lien Payment Susan Jones Medical Lien Payment per court order | 4210-000 | | $5,900.00 | $45,802.78 |
| 12/14/15 | 5004 | OASIS LEGAL FINANCE, LLC 9525 W. Bryn Mawr Ave, Ste 900Rosemont, IL 60018 | Oasis Case ID P-IL-569416 Lien Susan Jones PI Lien payment on PI per court order.. | 4210-000 | | $2,302.01 | $43,500.77 |
| 12/14/15 | 5005 | THERAPY, ATI PHYSICAL 790 Remington BlvdBolingbrook, IL 60440 | ATI Account 675951 Medical Lien Susan Jones Medical Lien payment per court order. | 4210-000 | | $700.00 | $42,800.77 |
| 12/14/15 | 5006 | UNITED STATE DEPARTMENT OF LABOR, O Office of the Solicitor200 Consitution Ave, NWS4325Washington, DC 20210 | US Dept file no. 102117097 Medical Lien Susan Jones Medical lien payment per court order. | 4210-000 | | $642.51 | $42,158.26 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $128.02 | $42,030.24 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $63.47 | $41,966.77 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $58.70 | $41,908.07 |

Page Subtotals:                                                                                        $105,000.00     $63,091.93

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-19593 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: FRED L JONES | Bank Name: Associated Bank |
| SUSAN J JONES | Account Number/CD#: XXXXXX5439 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9445 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 06/28/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/17/16 | 5007 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101 New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $23.21 | $41,884.86 |
| 05/31/16 | 5008 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $6,876.45 | $35,008.41 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($6,856.85) | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($19.60) | 2200-000 | | |
| 05/31/16 | 5009 | ATLAS ACQUISITIONS LLC (CREDIT ONE<br>Bank, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $425.58 | $34,582.83 |
| | | | | ($0.71) | 7990-000 | | |
| | | ATLAS ACQUISITIONS LLC (CREDIT ONE | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($424.87) | 7100-000 | | |
| 05/31/16 | 5010 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $1,304.99 | $33,277.84 |
| | | | | ($2.17) | 7990-000 | | |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($1,302.82) | 7100-000 | | |
| 05/31/16 | 5011 | CASHCALL, INC.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVE., STE. 400<br>SEATTLE, WA 98121 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $2,604.33 | $30,673.51 |
| | | | | ($4.33) | 7990-000 | | |

| | | | Page Subtotals: | | $0.00 | $11,234.56 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-19593 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: FRED L JONES | Bank Name: Associated Bank |
| SUSAN J JONES | Account Number/CD#: XXXXXX5439 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9445 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 06/28/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | CASHCALL, INC. | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($2,600.00) | 7100-000 | | |
| 05/31/16 | 5012 | CAPITAL ONE BANK (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC  28272-1083 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $5,120.12 | $25,553.39 |
| | | | | ($8.51) | 7990-000 | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($5,111.61) | 7100-000 | | |
| 05/31/16 | 5013 | AMERICAN INFOSOURCE LP AS AGENT FOR Presence Health PO Box 248838 Oklahoma City, OK  73124-8838 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $208.13 | $25,345.26 |
| | | | | ($0.35) | 7990-000 | | |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 5 representing a payment of 100.00 % per court order. | ($207.78) | 7100-000 | | |
| 05/31/16 | 5014 | AMERICAN INFOSOURCE LP AS AGENT FOR Presence Health PO Box 248838 Oklahoma City, OK  73124-8838 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $1,772.75 | $23,572.51 |
| | | | | ($2.95) | 7990-000 | | |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 6 representing a payment of 100.00 % per court order. | ($1,769.80) | 7100-000 | | |
| 05/31/16 | 5015 | AMERICAN INFOSOURCE LP AS AGENT FOR Presence Health PO Box 248838 Oklahoma City, OK  73124-8838 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | | $150.25 | $23,422.26 |
| | | | | ($0.25) | 7990-000 | | |

Page Subtotals: $0.00  $7,251.25

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-19593 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | FRED L JONES | Bank Name: | Associated Bank |
|  | SUSAN J JONES | Account Number/CD#: | XXXXXX5439 |
|  |  |  | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9445 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/28/2016 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 7 representing a payment of 100.00 % per court order. | ($150.00) | 7100-000 |  |  |
| 05/31/16 | 5016 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC  29603-0368 | Final distribution to claim 8 representing a payment of 100.00 % per court order. |  |  | $1,260.89 | $22,161.37 |
|  |  |  | ($2.10) | 7990-000 |  |  |  |
|  |  | MERRICK BANK | Final distribution to claim 8 representing a payment of 100.00 % per court order. | ($1,258.79) | 7100-000 |  |  |
| 05/31/16 | 5017 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 9 representing a payment of 100.00 % per court order. |  |  | $432.48 | $21,728.89 |
|  |  |  | ($0.72) | 7990-000 |  |  |  |
|  |  | CAPITAL RECOVERY V, LLC | Final distribution to claim 9 representing a payment of 100.00 % per court order. | ($431.76) | 7100-000 |  |  |
| 05/31/16 | 5018 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>successor to CAPITAL ONE BANK (USA), N.A<br>PO Box 41067<br>Norfolk, VA  23541 | Final distribution to claim 10 representing a payment of 100.00 % per court order. |  |  | $3,865.91 | $17,862.98 |
|  |  |  | ($6.42) | 7990-000 |  |  |  |
|  |  | PORTFOLIO RECOVERY ASSOCIATES, LLC | Final distribution to claim 10 representing a payment of 100.00 % per court order. | ($3,859.49) | 7100-000 |  |  |
| 05/31/16 | 5019 | FRED L JONES and SUSAN J JONES | Distribution of surplus funds to debtor. |  | 8200-002 |  | $17,862.98 | $0.00 |
|  |  |  | COLUMN TOTALS |  | $105,000.00 | $105,000.00 |  |
|  |  |  | Page Subtotals: |  | $0.00 | $23,422.26 |  |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

|  |  |  |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $105,000.00 | $105,000.00 |
| Less: Payments to Debtors | $0.00 | $32,862.98 |
| Net | $105,000.00 | $72,137.02 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5439 - Checking Account (Non-Interest Earn | $105,000.00 | $72,137.02 | $0.00 |
| | $105,000.00 | $72,137.02 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $105,000.00 |
| Total Gross Receipts: | $105,000.00 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*